UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| Edwin Arturo Hernandez, | ) | Case No.: CV 20-6683-DMG (AGRx) |
| | ) | |
| Plaintiff. | ) | **ORDER AWARDING EAJA FEES** |
| | ) | **[16]** |
| vs. | ) | |
| | ) | |
| Andrew Saul, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | | |

Based upon the parties' Stipulation for Award of EAJA Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) ("Stipulation"), and good cause appearing, IT IS ORDERED that EAJA fees are awarded in the amount of $1,300.00, subject to the terms of the Stipulation. IT IS FURTHER ORDERED that EAJA fees are awarded to Plaintiff in the amount of $1,300.00, subject to any federal debt owed by Plaintiff. If the Department of the Treasury determines that Plaintiff does not owe a federal debt, the government shall cause the payment of fees to be made directly to Eddy Pierre Pierre and/or Pierre Pierre Law, P.C., pursuant to the Assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

DATED: August 12, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE